# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ME2 PRODUCTIONS, INC., 

                Plaintiff(s),

v.

DOES,

                Defendant(s).

Case No. 2:17-CV-121 JCM (VCF)

ORDER

As stated in the Omnibus Transfer Order, (ECF No. 24), filed in case no. 2:16-cv-02513-JCM-NJK, the district judges of the District of Nevada have ordered that each of plaintiff ME2 Productions' cases alleging infringement of its copyright to Mechanic: Resurrection be transferred to District Judge James C. Mahan and Magistrate Judge Nancy J. Koppe for all further proceedings.

Accordingly,

IT IS HEREBY ORDERED:

(1) The clerk of the court shall FILE a copy of the Omnibus Transfer Order in this case and REASSIGN Magistrate Judge Nancy J. Koppe to this case for all further proceedings.

(2) All future filings in this action shall reference the Case No. 2:17-cv-0121-JCM-NJK.

DATED April 20, 2017.

                                              _____
                                              UNITED STATES DISTRICT JUDGE