UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>        Plaintiff(s),<br><br>vs.<br><br>JOHN AND JANE DOES,<br><br>        Defendant(s). | Case No. 2:17-cv-00121-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 10) |

    Pending before the Court is a motion filed by Cassandra Jones related to a subpoena she has received. Docket No. 10. As Ms. Jones is appearing *pro se*, the Court construes her filings liberally. The Court construes the letter as a motion to quash the subpoena Plaintiff served on Internet Service Providers. The motion does not identify the grounds on which Ms. Jones believes the subpoena is improper, however. Accordingly, the pending motion is **DENIED** without prejudice. Ms. Jones is instructed that she is free to file a new motion to quash the subpoena, but any such motion must identify the grounds on which she believes the subpoena is improper.

    The Clerk's Office is instructed to serve a copy of this order on Ms. Jones at the address identified in her motion.

    IT IS SO ORDERED

    Dated: April 28, 2017

                                                              NANCY J. KOPPE<br>
                                                             United States Magistrate Judge