# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ME2 PRODUCTIONS, INC., | ) | |
|---|---|---|
| Plaintiff(s), | ) | Case No. 2:17-cv-00121-JCM-NJK |
| vs. | ) | **ORDER** |
| JOHN AND JANE DOES, | ) | (Docket No. 13) |
| Defendant(s). | ) | |

    Pending before the Court is a motion filed by Interested Party ID No. 6 related to a subpoena he or she has received. Docket No. 13. As Interested Party ID No. 6 is appearing *pro se*, the Court construes the filing liberally. The Court construes the letter as a motion to quash the subpoena Plaintiff served on Internet Service Providers. The motion does not identify the grounds on which Interested Party ID No. 6 believes the subpoena is improper, however. Accordingly, the pending motion is **DENIED** without prejudice. Interested Party ID No. 6 is instructed that he or she is free to file a new motion to quash the subpoena, but any such motion must identify the grounds on which he or she believes the subpoena is improper.

    The Clerk's Office is instructed to serve a copy of this order on Interested Party ID No. 6 at the return address identified in the motion.

    IT IS SO ORDERED

    Dated: May 2, 2017

                                                NANCY J. KOPPE
                                                United States Magistrate Judge