James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ME2 PRODUCTIONS, INC., | Case No. 2:17-CV-121 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| MAMADIY VIADY, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 27). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 31). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is plaintiff's motion for default judgment. (ECF No. 43).

Also before the court is movant Cassandra Jones' motion to quash subpoena and dismiss the case. (ECF No. 19). Plaintiff filed a response. (ECF No. 29). Movant has not replied, and the time to do so has since passed.

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 31-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons, the court finds severance here is appropriate.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation (ECF No. 27) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that all defendants except for Mamadou Viady be, and the same hereby are, dismissed without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for default judgment (ECF No. 43) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that movant Cassandra Jones' motion to quash subpoena and dismiss the case (ECF No. 19) be, and the same hereby is, DENIED as moot.

DATED November 17, 2017.

                                                                                     _____
UNITED STATES DISTRICT JUDGE